IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LYNETTE WALKER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 12-6488 |
| INTERNATIONAL RECOVERY SYSTEMS, INC. & JEREMY CROSS, | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this   8th   day of July, 2013, upon consideration of the Motion for Judgment on the Pleadings (Doc. 10) filed by Defendants, International Recovery Systems, Inc. and Jeremy Cross, against Plaintiff, Lynette Walker, and Plaintiff's Response in Opposition thereto, it is hereby **ORDERED** that the Motion is **DENIED**. It is **FURTHER ORDERED** that pursuant to this Court's *sua sponte* review, the matter is **DISMISSED WITHOUT PREJUDICE** on ripeness grounds.[1]

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE

---

[1] Considerations of ripeness are sufficiently important that the court must raise the issue *sua sponte* when the parties do not.  Nextel Commc'ns of the Mid-Atlantic Inc. v. City of Margate, 305 F.3d 188, 192 (3d Cir. 2002); Felmeister v. Office of Attorney Ethics, 856 F.2d 529, 535 (3d Cir. 1988).